55,495-10

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

IN RE, GARY EUGENE SIMS, RELATOR File;

PETITION FOR WRIT OF MANDAMUS

RE: COURT OF APPEALS FIFTH DISTRICT OF TEXAS
AT DALLAS, NUMBER: 05-15-00745-CV

TRIAL COURT CASE NUMBER: F-0045450-S

To The Honorable Judge of Said court, Now comes
EX Parte GARY EUGENE SIMS, Relator, In the above
Styled and numbered cause makeing this said
Petition for writ of mandanus Seeking Trial court
To So Rule on motion To vacate Indictment,
That was so Filed on or about February, 16, 2015.
Under, In RE, cash, 99 sw3d 286 (Tex. App. Texark-
ana 2003). The trial court is in Abuse of
Discretion by Failing to So Rule on said motion.
Cash citing, In re, Dimas, 88 Sw3d 349
351 (Tex. App. San Antonio 2002, or's Proceeding).
"Relator in a showing the trial court (1); had
a legal duty to Perform. And (2). Was asked to
Perform the act, and (3) Failed to do "so"
I d. citing In re, chavez, 62 3W3d 225-288
(Tex. APP. Amarillo, 2001, or's, Proceeding)

This document contains some pages that are of poor quality at the time of imaging. 1 OF 3

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 04 2015
Abel Acosta, Clerk

In Cash, The court state's, In the instant Matter, the record before us suggests the trial court has not so acted on cash's motion in the almost Five months since it was filed."This Failure to act Constitutes an abuse of discretion"because the trial court has a ministerial duty to so Enter a ruling within a reasonable time,

(1). The court of Appeals Clearly Abused it Discretion, By not so exercise its own mandamus Authority in ordering the trial court to So Rule on said motion.

(2). The trial court also Abused it Discretion by not so Ruleing on said motion by five months, under In re Cash 99sw3d286

Legislature has prescribed "Jurisdiction" To the court under, V. T. C.A. Government Code §22.221(a)(b).

## CERTIFTCATE OF SERVICE

I here by certif that a true and complete copy of the fore going writ of mandanus was via regular mail to the court of criminal appeals of Texas at, P.O. Box, 12308, Capitol Station Austin Texas, 78711, By GARY EUGENE SIMS, signed on this 31 day of August, 2015

_____ 1029968

## UNSWORN DECLARATION

under Penalty of Perjury Relator declares that all facts presented in writ of mandanus are true and correct. Signed this 31 day of August, 2015.

_____

Respectfully submitted, BY GARY EUGENE SIMS, At J.B. Connally unit, 899, F.M.632, Kennedy Texas 78119.